Paul F. Donsbach #174129
Christopher D. Glos #210877
Jennifer L. Andrews #222807
KUTAK ROCK LLP
18201 Von Karman Avenue, Suite 1100
Irvine, CA  92612-1077
Telephone:     (949) 417-0999
Facsimile:      (949) 417-5394

Patrick W. Kennison (pro hac vice)
Catherine A. Damico (pro hac vice)
KUTAK ROCK LLP
1650 Farnam Street
Omaha, NE  68102-2186
Telephone:     (402) 346-6000
Facsimile:      (402) 346-1148

Attorneys for Plaintiffs and Counter-Defendants
STEADFAST INSURANCE COMPANY, a Delaware corporation; and AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY, a New York corporation

| | |
|---|---|
| STEADFAST INSURANCE COMPANY, a Delaware corporation; and AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY, a New York corporation,<br><br>         Plaintiffs,<br>vs.<br><br>JAMES DOBBAS, an individual; PAMELA DOBBAS, an individual; DONALD DOBBAS, an individual; PETER MANCINI and LISA MANCINI, husband and wife; PETER MANCINI as Special Administrator of the ESTATE OF CLAUDETTE MANCINI, deceased; LISA MANCINI as the Guardian Ad Litem for NASYA MANCINI, a minor; FALLON TURNER, an individual; MERRICK TURNER, an individual,<br><br>         Defendants.<br><br>AND RELATED COUNTER-CLAIMS. | Case No. 2:05-CV-00632-FCD-JFM<br><br>ORDER RE: JOINT STIPULATION RE: DEADLINES FOR RULE 26(F) CONFERENCE AND REPORT<br><br>Judge:  Hon. Frank C. Damrell, Jr.<br>Date of Filing: March 30, 2005<br>Trial Date:  Not set |

Kutak Rock LLP

Kutak Rock - Firm Library-4817-0831-9744.1/1      - 1 -    *Proposed* ORDER RE JOINT STIP. RE DEADLINES
1222401-39                                                  FOR RULE 26(F) CONFERENCE & REPORT

**ORDER**

Based upon the Joint Stipulation Regarding Deadlines For Rule 26(f) Conference and Report signed by counsel for all parties hereto;

IT IS HEREBY ORDERED as follows:

1. The Parties will confer as required by Rule 26(f) and this Court's Order Requiring Joint Status Report no later than July 18, 2005.

2. The Parties will prepare and submit to the Court a Joint Status Report that includes the Rule 26(f) discovery plan no later than July 25, 2005.

Dated: June 24, 2005

/s/ Frank C. Damrell Jr.
FRANK C. DAMRELL, JR., Judge

Kutak Rock LLP

Kutak Rock - Firm Library-4817-0831-9744.1/2      - 2 -      *Proposed* ORDER RE JOINT STIP. RE DEADLINES
1222401-39                                                    FOR RULE 26(F) CONFERENCE & REPORT

PROOF OF SERVICE

I, Kathy Powell, declare:

I am a citizen of the United States and employed in Orange County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is Suite 1100, 18201 Von Karman Avenue, Irvine, California 92612-1077. On June 24, 2005, I served a copy of the within document(s):

*PROPOSED* ORDER RE:
JOINT STIPULATION REGARDING DEADLINES
FOR RULE 26(F) CONFERENCE AND REPORT

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Irvine, California addressed as set forth below.

☒ by Notice of Electronic Filing. Counsel who have consented to electronic service have been automatically served by the Notice of Electronic Filing, which is automatically generated by CM/ECF at the time said document was filed, and which constitutes service pursuant to FRCP 5(b)(2)(D).

☐ by placing the document(s) listed above in a sealed Federal Express envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a Federal Express agent for delivery.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

| | |
|---|---|
| (*Electronic Service*)<br>Michael E. Neal, Esq.<br>NEAL, HAUSHALTER & RAY LLP<br>200 E. Sandpointe Avenue<br>Suite 750<br>Santa Ana, CA  92707-5777<br>Tele:  (714) 825-8000<br>Fax:   (714) 825-8020<br><br>Counsel for Defendants: JAMES DOBBAS, PAMELA DOBBAS, and DONALD DOBBAS | (*Electronic Service*)<br>Peter Neumann, Esq.<br>LAW OFFICES OF PETER CHASE NEUMANN<br>136 Ridge Street<br>Reno, NV  89501<br>Tele:  (775) 786-3750<br>Fax:   (775) 786-8791<br><br>Counsel for Defendants and Counter-Claimants:<br>PETER MANCINI, LISA MANCINI, NASYA MANCINI, a minor by LISA MANCINI |
| (*Mail Service*)<br>Peter H. Cuttitta, Esq.<br>James E. Simon, Esq.<br>PORTER SIMON<br>40200 Truckee Airport Road<br>Suite One<br>Truckee, CA  96161<br>Tele:  (530) 587-2002<br>Fax:<br><br>Counsel for Defendant and Counter-Claimants:<br>FALLON TURNER and MERRICK TURNER | |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on June 24, 2005, at Irvine, California.

    */s/  Kathy Powell*