Paul F. Donsbach #174129
Christopher D. Glos #210877
KUTAK ROCK LLP
18201 Von Karman Avenue, Suite 1100
Irvine, CA 92612-1077
Telephone:   (949) 417-0999
Facsimile:   (949) 417-5394

Patrick W. Kennison (pro hac vice)
Catherine A. Damico (pro hac vice)
KUTAK ROCK LLP
1650 Farnam Street
Omaha, NE 68102-2186
Telephone:   (402) 346-6000
Facsimile:   (402) 346-1148

Attorneys for Plaintiffs and Counter-Defendants
STEADFAST INSURANCE COMPANY, a Delaware corporation; and AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY, a New York corporation

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEADFAST INSURANCE COMPANY, a Delaware corporation; and AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY, a New York corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>JAMES DOBBAS, an individual; PAMELA DOBBAS, an individual; DONALD DOBBAS, an individual; PETER MANCINI and LISA MANCINI, husband and wife; PETER MANCINI as Special Administrator of the ESTATE OF CLAUDETTE MANCINI, deceased; LISA MANCINI as the Guardian Ad Litem for NASYA MANCINI, a minor; FALLON TURNER, an individual; MERRICK TURNER, an individual,<br><br>Defendants.<br><br>AND RELATED COUNTER-CLAIMS. | Case No. 2:05-CV-00632-FCD-JFM<br><br>**JOINT STIPULATION TO CONTINUE HEARING ON PLAINTIFFS/COUNTER-DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, FOR PARTIAL SUMMARY JUDGMENT; ORDER THEREON**<br><br>Judge: Hon. Frank C. Damrell, Jr.<br>Date of Filing: March 30, 2005<br>Trial Date: January 9, 2007<br><br>"AS MODIFIED" |

4829-4191-1040.1/1
1222401-39

KUTAK ROCK LLP
ATTORNEYS AT LAW
IRVINE

JOINT STIPULATION TO CONTINUE HEARING ON MOTION FOR SUMMARY JUDGMENT

Plaintiffs and Counter-Defendants STEADFAST INSURANCE COMPANY ("Steadfast") and AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY ("American Gurantee"), and Defendants JAMES DOBBAS, PAMELA DOBBAS, DONALD DOBBAS, ("Dobbas"), Defendants and Counter-Claimants PETER MANCINI, LISA MANCINI, NASYA MANCINI ("Mancinis"), and Defendants and Counter-Claimants FALLON TURNER, MERRICK TURNER, ("Turners"), (Plaintiffs/Counter-Defendants, Steadfast and American Guarantee and Defendants Dobbas, Defendants/Counter-Claimants Mancinis and Defendants/Counter-Claimants Turners are hereinafter referred to collectively as the "Parties"), by and through their respective counsel of record, hereby submit this Joint Stipulation to Continue the Hearing on Steadfast and American Guarantee's Motion for Summary Judgment or, in the Alternative, for Partial Summary Judgment ("Motion for Summary Judgment"), which is presently scheduled for hearing at 10:00 a.m. on December 2, 2005.

WHEREAS, Steadfast and American Guarantee filed their Motion for Summary Judgment on October 31, 2005.

WHEREAS, the Motion for Summary Judgment was scheduled for hearing on December 2, 2005.

WHEREAS, counsel for the Mancinis, Peter Chase Neumann, has a previously-scheduled arbitration on December 2, 2005.

WHEREAS, the Parties have agreed to continue the hearing to 10:00 a.m. on January 13, 2005, which is the first available hearing date on which all counsel are available.

WHEREAS, the Parties have further agreed that any opposition or response to the Motion for Summary Judgment shall be filed and electronically served no later than 11:59 p.m. on November 21, 2005.

WHEREAS, the Parties have further agreed that any reply in support of the Motion for Summary Judgment shall be filed and electronically served no later than 11:59 p.m. on November 29, 2005.

///

///

KUTAK ROCK LLP
ATTORNEYS AT LAW
SCOTTSDALE

4829-4191-1040.1/2
1222401-39

- 2 -

JOINT STIPULATION TO CONTINUE HEARING ON MOTION FOR SUMMARY JUDGMENT

1 IT IS THEREFORE AGREED AND STIPULATED AS FOLLOWS.

2  1. The hearing on the Motion for Summary Judgment is continued to 10:00 a.m. on January 13, 2006.

 2. Any opposition or response to the Motion for Summary Judgment shall be filed and electronically served no later than 11:59 p.m. on November 21, 2005.

 3. Any reply in support of the Motion for Summary Judgment shall be filed and electronically served no later than 11:59 p.m. on November 29, 2005.

Dated: November 14, 2005        KUTAK ROCK LLP


                                By: */s/ Paul F. Donsbach*
                                    Paul F. Donsbach
                                    Attorneys for Plaintiffs/Counter-Defendants
                                    STEADFAST INSURANCE COMPANY and
                                    AMERICAN GUARANTEE AND LIABILITY
                                    INSURANCE COMPANY

Dated: November 14, 2005        NEAL, HAUSHALTER & RAY LLP


                                By: */s/ Michael E. Neal*
                                    Michael E. Neal
                                    Thomas Smurro
                                    Counsel for Defendants
                                    JAMES DOBBAS, PAMELA DOBBAS, and
                                    DONALD DOBBAS

Dated: November 14, 2005        LAW OFFICES OF PETER CHASE NEUMANN


                                By: */s/ Peter Neumann*
                                    Peter Neumann
                                    Counsel for Defendants/Counter-Claimants: PETER
                                    MANCINI, LISA MANCINI, NASYA MANCINI, a
                                    minor by LISA MANCINI

///

///

KUTAK ROCK LLP
ATTORNEYS AT LAW
SCOTTSDALE

4829-4191-1040.1/3
1222401-39

- 3 -

JOINT STIPULATION TO CONTINUE HEARING ON MOTION FOR SUMMARY JUDGMENT

1 | (Signatures Continued on page 4)
2 | Dated: November 14, 2005     PORTER SIMON
3 |
4 |                               By: */s/* *Peter H. Cuttitta*
5 |                                   Peter H. Cuttitta
                                      James E. Simon
6 |                                   Counsel for Defendant/Counter-Claimants:
                                      FALLON TURNER and MERRICK TURNER
7 |
8 |      IT IS SO ORDERED.
9 |
10 | Dated: November 16, 2005          /s/ Frank C. Damrell Jr
                                       FRANK C. DAMRELL, JR., Judge

KUTAK ROCK LLP
ATTORNEYS AT LAW
SCOTTSDALE

4829-4191-1040.1/4
1222401-39

- 4 -

JOINT STIPULATION TO CONTINUE HEARING ON MOTION FOR SUMMARY JUDGMENT

# PROOF OF SERVICE

I, Kathy Powell, declare:

I am a citizen of the United States and employed in Orange County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is Suite 1100, 18201 Von Karman Avenue, Irvine, California 92612-1077. On November 15, 2005, I served a copy of the within document(s):

**JOINT STIPULATION TO CONTINUE HEARING ON PLAINTIFFS/COUNTER-DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, FOR PARTIAL SUMMARY JUDGMENT; PROPOSED ORDER THEREON**

- ☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

- ☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Irvine, California addressed as set forth below.

- ☒ by Notice of Electronic Filing. Counsel who have consented to electronic service have been automatically served by the Notice of Electronic Filing, which is automatically generated by CM/ECF at the time said document was filed, and which constitutes service pursuant to FRCP 5(b)(2)(D).

- ☐ by placing the document(s) listed above in a sealed Federal Express envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a Federal Express agent for delivery.

- ☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

| (*Electronic Service*)<br>Michael E. Neal, Esq.<br>NEAL, HAUSHALTER & RAY LLP<br>200 E. Sandpointe Avenue<br>Suite 750<br>Santa Ana, CA 92707-5777<br>Tele: (714) 825-8000<br>Fax: (714) 825-8020<br><br>Counsel for Defendants: JAMES DOBBAS, PAMELA DOBBAS, and DONALD DOBBAS | (*Electronic Service*)<br>Peter Neumann, Esq.<br>LAW OFFICES OF PETER CHASE NEUMANN<br>136 Ridge Street<br>Reno, NV 89501<br>Tele: (775) 786-3750<br>Fax: (775) 786-8791<br><br>Counsel for Defendants and Counter-Claimants: PETER MANCINI, LISA MANCINI, NASYA MANCINI, a minor by LISA MANCINI |

KUTAK ROCK LLP
ATTORNEYS AT LAW
SCOTTSDALE

4829-4191-1040.1/5
1222401-39

- 5 -

JOINT STIPULATION TO CONTINUE HEARING ON MOTION FOR SUMMARY JUDGMENT

| | |
|---|---|
| (*Mail Service*)<br>Peter H. Cuttitta, Esq.<br>James E. Simon, Esq.<br>PORTER SIMON<br>40200 Truckee Airport Road<br>Suite One<br>Truckee, CA  96161<br>Tele:  (530) 587-2002<br>Fax:<br><br>Counsel for Defendant and Counter-Claimants:<br>FALLON TURNER and MERRICK TURNER | |

  I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

  Executed on November 15, 2005, at Irvine, California.

                */s/ Kathy Powell*

KUTAK ROCK LLP
ATTORNEYS AT LAW
SCOTTSDALE

4829-4191-1040.1/6
1222401-39

- 6 -

JOINT STIPULATION TO CONTINUE HEARING ON MOTION FOR SUMMARY JUDGMENT