Paul F. Donsbach #174129
Christopher D. Glos #210877
KUTAK ROCK LLP
18201 Von Karman Avenue, Suite 1100
Irvine, CA  92612-1077
Telephone:      (949) 417-0999
Facsimile:       (949) 417-5394

Patrick W. Kennison (pro hac vice)
Catherine A. Damico (pro hac vice)
KUTAK ROCK LLP
1650 Farnam Street
Omaha, NE  68102-2186
Telephone:      (402) 346-6000
Facsimile:       (402) 346-1148

Attorneys for Plaintiffs and Counter-Defendants STEADFAST INSURANCE COMPANY, a Delaware corporation; and AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY, a New York corporation

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEADFAST INSURANCE CO., et al.,<br><br>Plaintiffs,<br>vs.<br><br>JAMES DOBBAS, an individual; PAMELA DOBBAS, an individual; DONALD DOBBAS, an individual; PETER MANCINI and LISA MANCINI, husband and wife; PETER MANCINI as Special Administrator of the ESTATE OF CLAUDETTE MANCINI, deceased; LISA MANCINI as the Guardian Ad Litem for NASYA MANCINI, a minor; FALLON TURNER, an individual; MERRICK TURNER, an individual,<br><br>Defendants.<br><br>AND RELATED COUNTER-CLAIMS. | Case No. 2:05-CV-00632-FCD-JFM<br><br>JOINT STIPULATION TO CONTINUE DEADLINES FOR DISCLOSURE OF EXPERT WITNESSES AND REPORTS, REBUTTAL EXPERT WITNESS DISCLOSURES AND REPORTS, AND EXPERT DEPOSITIONS; ORDER THEREON<br><br>Judge:  Hon. Frank C. Damrell, Jr.<br>Date of Filing: March 30, 2005<br>Trial Date:  January 9, 2007 |

Plaintiffs and Counter-Defendants STEADFAST INSURANCE COMPANY ("Steadfast") and AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY ("American Guarantee"), and Defendants JAMES DOBBAS, PAMELA DOBBAS, DONALD DOBBAS, ("Dobbas"), Defendants and Counter-Claimants PETER MANCINI, LISA MANCINI, NASYA MANCINI ("Mancinis"), and Defendants and Counter-Claimants FALLON TURNER, MERRICK TURNER, ("Turners"), (Plaintiffs/Counter-Defendants, Steadfast and American Guarantee and Defendants Dobbas, Defendants/Counter-Claimants Mancinis and Defendants/Counter-Claimants Turners are hereinafter referred to collectively as the "Parties"), by and through their respective counsel of record, hereby submit this Joint Stipulation to Continue the Deadlines for Disclosures of Expert Witness and Reports, Rebuttal Expert Witness Disclosures and Reports, and Expert Witness Depositions.

WHEREAS, this Court has set a pretrial schedule under which the disclosure of expert witnesses and expert reports are presently due on February 24, 2006, the disclosure of rebuttal experts and reports are presently due on March 17, 2006, and expert depositions must be completed by May 12, 2006.

WHEREAS, on January 11, 2006, this Court entered a Memorandum and Order denying Steadfast and American Guarantee's Motion for Summary Judgment or, in the Alternative, for Partial Summary Judgment.

WHEREAS, the Parties mutually agree that a 30 day extension of the foregoing expert discovery deadlines will allow better coordination of fact and expert discovery on the issues addressed in the Court's January 11, 2006 Memorandum and Order.

WHEREAS, the Parties have agreed to a 30 day extension of the deadlines for disclosing expert witnesses and expert reports, rebuttal experts and reports, and expert depositions.

IT IS THEREFORE AGREED AND STIPULATED AS FOLLOWS.

1.    Expert witness disclosures and reports shall be due on or before March 27, 2006.

2. Rebuttal expert witness disclosures and reports shall be due on or before April 17, 2006.

3. Expert depositions shall be completed on or before June 12, 2006.

Dated: January 24, 2006

KUTAK ROCK LLP

By: /s/ *Paul F. Donsbach* (with permission)
    Paul F. Donsbach
    Attorneys for Plaintiffs/Counter-Defendants
    STEADFAST INSURANCE COMPANY and AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY

Dated: January 24, 2006

NEAL, HAUSHALTER & RAY LLP

By: /s/ *Michael E. Neal* (with permission)
    Michael E. Neal
    Thomas Smurro
    Counsel for Defendants
    JAMES DOBBAS, PAMELA DOBBAS, and DONALD DOBBAS

Dated: January 25, 2006

LAW OFFICES OF PETER CHASE NEUMANN

By: /s/ *Peter Neumann* (with permission)
    Peter Neumann
    Counsel for Defendants/Counter-Claimants: PETER MANCINI, LISA MANCINI, NASYA MANCINI, a minor by LISA MANCINI

//
//

//

//

(Signatures Continued on page 4)

Dated:        January 24, 2006           PORTER SIMON

By: /s/ *Peter H. Cuttitta* (with permission)
    Peter H. Cuttitta
    James E. Simon
    Counsel for Defendant/Counter-Claimants:
    FALLON TURNER and MERRICK TURNER

**ORDER**

IT IS SO ORDERED THAT:

1. Expert witness disclosures and reports shall be due on or before March 27, 2006.

2. Rebuttal expert witness disclosures and reports shall be due on or before April 17, 2006.

3. Expert depositions shall be completed on or before June 12, 2006.

Dated: February 1, 2006          /s/ Frank C. Damrell Jr.
                                                    FRANK C. DAMRELL, JR., Judge