Paul F. Donsbach #174129
Sybil L. Renick #213149
KUTAK ROCK LLP
18201 Von Karman Avenue, Suite 1100
Irvine, CA 92612-1077
Telephone: (949) 417-0999
Facsimile: (949) 417-5394

Patrick W. Kennison (pro hac vice)
Catherine A. Damico (pro hac vice)
KUTAK ROCK LLP
1650 Farnam Street
Omaha, NE 68102-2186
Telephone: (402) 346-6000
Facsimile: (402) 346-1148

Attorneys for Plaintiffs and Counter-Defendants
STEADFAST INSURANCE COMPANY, a Delaware corporation; and AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY, a New York corporation

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEADFAST INSURANCE COMPANY, a Delaware corporation; and AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY, a New York corporation,<br><br>Plaintiffs,<br>vs.<br><br>JAMES DOBBAS, an individual; PAMELA DOBBAS, an individual; DONALD DOBBAS, an individual; PETER MANCINI and LISA MANCINI, husband and wife; PETER MANCINI as Special Administrator of the ESTATE OF CLAUDETTE MANCINI, deceased; LISA MANCINI as the Guardian Ad Litem for NASYA MANCINI, a minor; FALLON TURNER, an individual; MERRICK TURNER, an individual,<br><br>Defendants.<br><br>AND RELATED COUNTER-CLAIMS. | Case No. 2:05-CV-00632-FCD-JFM<br><br>**JOINT STIPULATION TO CONTINUE DEADLINES FOR DISCLOSURE OF EXPERT WITNESSES AND REPORTS, AND REBUTTAL EXPERT WITNESSES AND REPORTS; ORDER**<br><br>Judge: Hon. Frank C. Damrell, Jr.<br>Date of Filing: March 30, 2005<br>Trial Date: January 9, 2007 |

1  Plaintiffs and Counter-Defendants STEADFAST INSURANCE COMPANY
2  ("Steadfast") and AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY
3  ("American Guarantee"), and Defendants JAMES DOBBAS, PAMELA DOBBAS, DONALD
4  DOBBAS, ("Dobbas"), Defendants and Counter-Claimants PETER MANCINI, LISA
5  MANCINI, NASYA MANCINI ("Mancinis"), and Defendants and Counter-Claimants FALLON
6  TURNER, MERRICK TURNER, ("Turners"), (Plaintiffs/Counter-Defendants, Steadfast and
7  American Guarantee and Defendants Dobbas, Defendants/Counter-Claimants Mancinis and
8  Defendants/Counter-Claimants Turners are hereinafter referred to collectively as the "Parties"),
9  by and through their respective counsel of record, hereby submit this Joint Stipulation to Continue
10 the Deadlines for Disclosures of Expert Witness and Reports, and Rebuttal Expert Witnesses and
11 Reports.

12  WHEREAS, this Court set a pretrial schedule under which the disclosure of expert
13 witnesses and expert reports were originally due on February 24, 2006, and the disclosure of
14 rebuttal expert witnesses and reports were originally due March 17, 2006.

15  WHEREAS, on January 11, 2006, this Court entered a Memorandum and Order denying
16 Steadfast and American Guarantee's Motion for Summary Judgment or, in the Alternative, for
17 Partial Summary Judgment.

18  WHEREAS, on January 24, 2006, the Parties filed a Joint Stipulation to Continue the
19 foregoing deadlines by 30 days to allow better coordination of fact and expert discovery on the
20 issues addressed in the Court's January 11, 2006, Memorandum and Order.

21  WHEREAS, on February 2, 2006, the Court entered an Order extending the foregoing
22 deadlines by 30 days so that expert witness disclosures and reports are due on or before March
23 27, 2006, and rebuttal expert witness disclosures and reports are due on April 17, 2006.

24  WHEREAS, on March 22, 2006, the Parties were advised that documents produced by
25 Allied Insurance Company on March 15, 2006, in response to the Turners's document subpoena,
26 were inadvertently produced in a non-redacted format. Accordingly, the Parties are retrieving all
27 copies of such documents to return to counsel for Allied Insurance Company, including retrieving
28 copies from experts who may have relied on the non-redacted privileged or confidential

1  documents.

2  WHEREAS, the Parties mutually agree that a four (4) day extension of the foregoing
3  expert discovery deadlines will allow the Parties to send to their experts or consultants the
4  redacted version of the documents produced in response to the subject subpoena to ensure that no
5  experts or consultants are inappropriately relying upon any privileged or confidential documents
6  that were inadvertently produced.

7  WHEREAS, the Parties have agreed to a four (4) day extension of the deadlines for
8  disclosing expert witnesses and expert reports, and rebuttal expert witnesses and reports.

9  IT IS THEREFORE AGREED AND STIPULATED AS FOLLOWS.

10  Expert witness disclosures and reports shall be due on or before March 31, 2006.

11  Rebuttal expert witness disclosures and reports shall be due on or before April 21, 2006.

12  Dated: March 23, 2006          KUTAK ROCK LLP

14                                  By: */s/ Paul F. Donsbach* (with permission)
15                                      Paul F. Donsbach
                                        Attorneys for Plaintiffs/Counter-Defendants
16                                      STEADFAST INSURANCE COMPANY and
                                        AMERICAN GUARANTEE AND LIABILITY
17                                      INSURANCE COMPANY

18  Dated: March 23, 2006          NEAL, HAUSHALTER & RAY LLP

20                                  By: */s/ Michael E. Neal* (with permission)
21                                      Michael E. Neal
                                        Thomas Smurro
22                                      Counsel for Defendants
                                        JAMES DOBBAS, PAMELA DOBBAS, and
23                                      DONALD DOBBAS

| | |
|---|---|
| Dated: March 23, 2006 | LAW OFFICES OF PETER CHASE NEUMANN |
| | |
| | By: */s/ Peter Neumann* (with permission) |
| | Peter Neumann |
| | Counsel for Defendants/Counter-Claimants: PETER MANCINI, LISA MANCINI, NASYA MANCINI, a minor by LISA MANCINI |
| Dated: March 23, 2006 | PORTER SIMON |
| | |
| | By: */s/ Peter H. Cuttitta* (with permission) |
| | Peter H. Cuttitta |
| | James E. Simon |
| | Counsel for Defendant/Counter-Claimants: |
| | FALLON TURNER and MERRICK TURNER |

**ORDER**

IT IS SO ORDERED THAT:

1. Expert witness disclosures and reports shall be due on or before March 31, 2006.

2. Rebuttal expert witness disclosures and reports shall be due on or before April 21, 2006.

Dated: March 27, 2006    /s/ Frank C. Damrell Jr.
FRANK C. DAMRELL, JR.,
US District Judge