Paul F. Donsbach #174129
Sybil L. Renick #213149
KUTAK ROCK LLP
18201 Von Karman Avenue, Suite 1100
Irvine, CA  92612-1077
Telephone:    (949) 417-0999
Facsimile:    (949) 417-5394

Patrick W. Kennison (pro hac vice)
KUTAK ROCK LLP
1650 Farnam Street
Omaha, NE  68102-2186
Telephone:    (402) 346-6000
Facsimile:    (402) 346-1148

Attorneys for Plaintiffs and Counter-Defendants
STEADFAST INSURANCE COMPANY, a Delaware corporation; and AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY, a New York corporation

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEADFAST INSURANCE COMPANY, a Delaware corporation; and AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY, a New York corporation,<br><br>Plaintiffs,<br>vs.<br><br>JAMES DOBBAS, an individual; PAMELA DOBBAS, an individual; DONALD DOBBAS, an individual; PETER MANCINI and LISA MANCINI, husband and wife; PETER MANCINI as Special Administrator of the ESTATE OF CLAUDETTE MANCINI, deceased; LISA MANCINI as the Guardian Ad Litem for NASYA MANCINI, a minor; FALLON TURNER, an individual; MERRICK TURNER, an individual,<br><br>Defendants.<br><br>AND RELATED COUNTER-CLAIMS. | Case No. 2:05-CV-00632-FCD-JFM<br><br>**JOINT STIPULATION TO CONTINUE DEADLINES FOR COMPLETION OF DISCOVERY AND DISPOSITIVE MOTIONS**<br><br>Judge: Hon. Frank C. Damrell, Jr.<br>Date of Filing: March 30, 2005<br>Trial Date: January 9, 2007<br><br>**"AS MODIFIED"** |

KUTAK ROCK LLP
ATTORNEYS AT LAW
IRVINE

4831-3558-5024.1/1
1222401-39

JOINT STIPULATION TO CONTINUE DEADLINES RE:
COMPLETION OF DISCOVERY AND DISPOSTIVIVE MOTIONS

1  Plaintiffs and Counter-Defendants STEADFAST INSURANCE COMPANY
2  ("Steadfast") and AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY
3  ("American Guarantee"), and Defendants JAMES DOBBAS, PAMELA DOBBAS, DONALD
4  DOBBAS, ("Dobbas"), Defendants and Counter-Claimants PETER MANCINI, LISA
5  MANCINI, NASYA MANCINI ("Mancinis"), and Defendants and Counter-Claimants FALLON
6  TURNER, MERRICK TURNER, ("Turners"), (Plaintiffs/Counter-Defendants, Steadfast and
7  American Guarantee and Defendants Dobbas, Defendants/Counter-Claimants Mancinis and
8  Defendants/Counter-Claimants Turners are hereinafter referred to collectively as the "Parties"),
9  by and through their respective counsel of record, hereby submit this Joint Stipulation to Continue
10 the Deadlines for the Completion of Discovery and Dispositive Motions.

11  WHEREAS, this Court set a pretrial schedule under which (i) expert depositions must be
12 completed no later than May 12, 2006, (ii) all other discovery, including the hearing of and ruling
13 upon discovery motions, must be completed no later than June 12, 2006, and (iii) all dispositive
14 motions must be heard no later than August 25, 2006.

15  WHEREAS, this Court set a pretrial schedule under which the disclosure of expert
16 witnesses and expert reports were originally due on February 24, 1006, and the disclosure of
17 rebuttal expert witnesses and reports were originally due March 17, 2006.

18  WHEREAS, this Court set a pretrial schedule under which the Final Pretrial Conference
19 is scheduled for October 27, 2006 at 2:30 p.m., and a joint pretrial statement is due no later than
20 seven (7) calendar days prior to the Final Pretrial Conference.

21  WHEREAS, on January 11, 2006, this Court entered a Memorandum and Order denying
22 Steadfast and American Guarantee's Motion for Summary Judgment or, in the Alternative, for
23 Partial Summary Judgment.

24  WHEREAS, on January 25, 2006, the Parties filed a Joint Stipulation to Continue the
25 Deadlines for Disclosures of Expert Witnesses and Reports, Rebuttal Expert Witness Disclosures
26 and Reports, and Expert Witness Depositions by thirty (30) days.

27  WHEREAS, on February 2, 2006, this Court entered an Order extending the foregoing
28 expert discovery deadlines by thirty (30) days so that expert witness disclosures and reports were

KUTAK ROCK LLP
ATTORNEYS AT LAW
IRVINE

4831-3558-5024.1/2
1222401-39

- 2 -

JOINT STIPULATION TO CONTINUE DEADLINES RE:
COMPLETION OF DISCOVERY AND DISPOSTIVE MOTIONS

1  due on or before March 27, 2006, rebuttal expert witness disclosures and reports were due on or
2  before April 17, 2006, and expert depositions must be completed on or before June 12, 2006.

3      WHEREAS, on March 23, 2006, the Parties filed a Joint Stipulation to Continue the
4  Deadlines for Disclosures of Expert Witnesses and Reports, and Rebuttal Expert Witness
5  disclosures and Reports, by four (4) days.

6      WHEREAS, on March 27, 2006, this Court entered an Order extending the deadlines for
7  disclosures of expert witnesses and reports and disclosures of rebuttal expert witnesses and
8  reports by four (4) days so that expert witness disclosures and reports were due on or before
9  March 31, 2006, and rebuttal expert witness disclosures and reports were due on or before April
10 21, 2006.

11     WHEREAS, the parties served their expert witness disclosures and reports on March 31,
12 2006, and served their rebuttal expert witness disclosures and reports on April 21, 2006.

13     WHEREAS, the parties have noticed the depositions of several fact and percipient
14 witnesses, as well as the designated expert witnesses. Some of the non-expert depositions have
15 been completed. However, because of the number of necessary deponents in this case, including
16 experts, the parties will have great difficulty in completing expert depositions and all other
17 discovery by June 12, 2006, and completing dispositive motions by August 25, 2006.

18     WHEREAS, the parties mutually agree that a sixty (60) day extension of the deadlines for
19 completing all discovery and dispositive motions is necessary in order for the parties to complete
20 all depositions and any dispositive motions.

21     IT IS THEREFORE AGREED AND STIPULATED AS FOLLOWS.

22     1.    All discovery, including the depositions of expert witnesses, shall be completed on
23 or before August 14, 2006. In this context, "completed" means that all discovery shall have been
24 conducted so that all depositions have been taken and any disputes relative to discovery shall
25 have been resolved by appropriate order if necessary and, where discovery has been ordered, the
26 order has been obeyed.

27     2.    All dispositive motions, except for motions for continuances, temporary
28 restraining orders or other emergency applications, shall be <u>heard</u> no later than October 27, 2006.

KUTAK ROCK LLP
ATTORNEYS AT LAW
IRVINE

4831-3558-5024.1/3
1222401-39

- 3 -

JOINT STIPULATION TO CONTINUE DEADLINES RE:
COMPLETION OF DISCOVERY AND DISPOSITIVE MOTIONS

3. The parties are also agreeable to continuing the date of the Final Pretrial Conference, currently scheduled for October 27, 2006, to such date as the Court chooses, as well as the date the joint pretrial statement is due.

Dated: May 1, 2006     KUTAK ROCK LLP


By: */s/ Paul F. Donsbach* (with permission)
    Paul F. Donsbach
    Attorneys for Plaintiffs/Counter-Defendants
    STEADFAST INSURANCE COMPANY and
    AMERICAN GUARANTEE AND LIABILITY
    INSURANCE COMPANY

Dated: May 1, 2006     NEAL, HAUSHALTER & RAY LLP


By: */s/ Michael E. Neal* (with permission)
    Michael E. Neal
    Thomas Smurro
    Counsel for Defendants
    JAMES DOBBAS, PAMELA DOBBAS, and
    DONALD DOBBAS

Dated: May 1, 2006     LAW OFFICES OF PETER CHASE NEUMANN


By: */s/ Peter Neumann* (with permission)
    Peter Neumann
    Counsel for Defendants/Counter-Claimants: PETER
    MANCINI, LISA MANCINI, NASYA MANCINI, a
    minor by LISA MANCINI

Dated: May 1, 2006     PORTER SIMON


By: */s/ Peter H. Cuttitta* (with permission)
    Peter H. Cuttitta
    James E. Simon
    Counsel for Defendant/Counter-Claimants:
    FALLON TURNER and MERRICK TURNER

KUTAK ROCK LLP
ATTORNEYS AT LAW
IRVINE

4831-3558-5024.1/4
1222401-39

- 4 -

JOINT STIPULATION TO CONTINUE DEADLINES RE:
COMPLETION OF DISCOVERY AND DISPOSTIVE MOTIONS

## ORDER

IT IS SO ORDERED THAT:

1. All discovery, including the depositions of expert witnesses, shall be completed on or before <u>August 14, 2006</u>. In this context, "completed" means that all discovery shall have been conducted so that all depositions have been taken and any disputes relative to discovery shall have been resolved by appropriate order if necessary and, where discovery has been ordered, the order has been obeyed.

2. All dispositive motions, except for motions for continuances, temporary restraining orders or other emergency applications, shall be <u>heard</u> no later than <u>October 27, 2006</u>.

3. The Final Pretrial Conference, currently scheduled for October 27, 2006, is continued to January 19, 2007 at 2:30 p.m. The parties shall file a joint pretrial statement no later than seven (7) calendar days prior to the Final Pretrial Conference.

4. The jury trial currently scheduled for January 9, 2007 is continued to March 20, 2007 at 9:00 a.m. All associated deadlines for the filing of pretrial documents shall be in conjunction with the new trial date.

Dated: May 4, 2006                    /s/ Frank C. Damrell Jr.
                                      FRANK C. DAMRELL, JR.,
                                      U.S. District Judge

4831-3558-5024.1/5
1222401-39
- 5 -
JOINT STIPULATION TO CONTINUE DEADLINES RE:
COMPLETION OF DISCOVERY AND DISPOSTIVE MOTIONS

KUTAK ROCK LLP
ATTORNEYS AT LAW
IRVINE

## PROOF OF SERVICE

I, Diane Vo, declare:

I am a citizen of the United States and employed in Orange County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is Suite 1100, 18201 Von Karman Avenue, Irvine, California 92612-1077. On May 3, 2006, I served a copy of the within document(s):

**JOINT STIPULATION TO CONTINUE DEADLINES FOR COMPLETION OF DISCOVERY AND DISPOSITIVE MOTIONS**

- ý by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 6:00 p.m.

- ·· by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Irvine, California addressed as set forth below.

- ý by Notice of Electronic Filing. Counsel who have consented to electronic service have been automatically served by the Notice of Electronic Filing, which is automatically generated by CM/ECF at the time said document was filed, and which constitutes service pursuant to FRCP 5(b)(2)(D).

- ·· by placing the document(s) listed above in a sealed Federal Express envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a Federal Express agent for delivery.

- ·· by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

| | |
|---|---|
| Michael E. Neal, Esq.<br>NEAL, HAUSHALTER & RAY LLP<br>200 E. Sandpointe Avenue<br>Suite 750<br>Santa Ana, CA  92707-5777<br>Tele:  (714) 825-8000<br>Fax:  (714) 825-8020<br><br>Counsel for Defendants: JAMES DOBBAS, PAMELA DOBBAS, and DONALD DOBBAS | Peter Neumann, Esq.<br>LAW OFFICES OF PETER CHASE NEUMANN<br>136 Ridge Street<br>Reno, NV  89501<br>Tele:  (775) 786-3750<br>Fax:   (775) 786-8791<br><br>Counsel for Defendants and Counter-Claimants: PETER MANCINI, LISA MANCINI, NASYA MANCINI, a minor by LISA MANCINI |

KUTAK ROCK LLP
ATTORNEYS AT LAW
IRVINE

4831-3558-5024.1/6
1222401-39

- 6 -

JOINT STIPULATION TO CONTINUE DEADLINES RE:
COMPLETION OF DISCOVERY AND DISPOSTIVE MOTIONS

Peter H. Cuttitta, Esq.
James E. Simon, Esq.
PORTER SIMON
40200 Truckee Airport Road
Suite One
Truckee, CA  96161
Tele:  (530) 587-2002
Fax:   (530) 587-1316

Counsel for Defendant and Counter-Claimants:
FALLON TURNER and MERRICK TURNER

I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on May 3, 2006, at Irvine, California.


                                */s/ Diane Vo* (with permission)
                                Diane Vo

KUTAK ROCK LLP
ATTORNEYS AT LAW
IRVINE

4831-3558-5024.1/7
1222401-39

- 7 -

JOINT STIPULATION TO CONTINUE DEADLINES RE:
COMPLETION OF DISCOVERY AND DISPOSTIVE MOTIONS