Paul F. Donsbach #174129
Sybil L. Renick #213149
KUTAK ROCK LLP
18201 Von Karman Avenue, Suite 1100
Irvine, CA  92612-1077
Telephone:       (949) 417-0999
Facsimile:        (949) 417-5394

Patrick W. Kennison (pro hac vice)
KUTAK ROCK LLP
1650 Farnam Street
Omaha, NE  68102-2186
Telephone:       (402) 346-6000
Facsimile:        (402) 346-1148

Attorneys for Plaintiffs and Counter-Defendants
STEADFAST INSURANCE COMPANY, a
Delaware corporation; and AMERICAN
GUARANTEE AND LIABILITY INSURANCE
COMPANY, a New York corporation

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEADFAST INSURANCE COMPANY, a Delaware corporation; and AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY, a New York corporation,<br><br>                    Plaintiffs,<br><br>vs.<br><br>JAMES DOBBAS, an individual; PAMELA DOBBAS, an individual; DONALD DOBBAS, an individual; PETER MANCINI and LISA MANCINI, husband and wife; PETER MANCINI as Special Administrator of the ESTATE OF CLAUDETTE MANCINI, deceased; LISA MANCINI as the Guardian Ad Litem for NASYA MANCINI, a minor; FALLON TURNER, an individual; MERRICK TURNER, an individual,<br><br>                    Defendants.<br><br>AND RELATED COUNTER-CLAIMS. | Case No. 2:05-CV-00632-FCD-JFM<br><br>**SECOND JOINT STIPULATION TO CONTINUE DEADLINES FOR COMPLETION OF DISCOVERY AND DISPOSITIVE MOTIONS; ORDER**<br><br>Judge:  Hon. Frank C. Damrell, Jr.<br>Date of Filing: March 30, 2005<br>Trial Date:  March 20, 2007 |

KUTAK ROCK LLP
ATTORNEYS AT LAW
IRVINE

1  Plaintiffs and Counter-Defendants STEADFAST INSURANCE COMPANY
2  ("Steadfast") and AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY
3  ("American Guarantee"), and Defendants JAMES DOBBAS, PAMELA DOBBAS, DONALD
4  DOBBAS, ("Dobbas"), Defendants and Counter-Claimants PETER MANCINI, LISA
5  MANCINI, NASYA MANCINI, ("Mancinis"), and Defendants and Counter-Claimants FALLON
6  TURNER, MERRICK TURNER, ("Turners"), (Plaintiffs/Counter-Defendants, Steadfast and
7  American Guarantee and Defendants Dobbas, Defendants/Counter-Claimants Mancinis and
8  Defendants/Counter-Claimants Turners are hereinafter referred to collectively as the "Parties"),
9  by and through their respective counsel of record, hereby submit this Second Joint Stipulation to
10 Continue the Deadlines for the Completion of Discovery and Dispositive Motions.

11  WHEREAS, on May 4, 2006, this Court entered an Order extending the deadlines for
12 completion of discovery and dispositive motions by sixty (60) days so that all discovery must
13 currently be completed on or before August 14, 2006 and all dispositive motions, except for
14 motions for continuances, temporary restraining orders or other emergency applications, shall be
15 heard no later than October 27, 2006.  This Court also continued the Final Pretrial Conference to
16 January 19, 2007 at 2:30 p.m. and the jury trial to March 20, 2007 at 9:00 a.m.

17  WHEREAS, the Parties have been aggressively pursuing discovery, including taking the
18 depositions of: Defendant James Dobbas on April 19, 2006, June 15, 2006, and July 11, 2006;
19 James Emmitt, the Person Most Knowledgeable regarding James Dobbas, Inc.'s insurance
20 coverage, on April 19, 2006; Robert Fellerath, the underwriter for the Steadfast Policy, on April
21 20, 2006; Kevin Duffy, the claims handler for the Steadfast Policy, on April 21, 2006; Dawn
22 Wagner, the claims handler for the American Guarantee Policy, on April 24, 2006; Troy Spoon,
23 the ranch hand who assisted Defendant James Dobbas, on July 12, 2006; Milton Holstrom, the
24 owner of the land from which the bull escaped, on July 13, 2006; Mike Neal, attorney for Dobbas
25 and who witnessed the circumstances surrounding the underlying lawsuit, on July 14, 2006; and
26 Fred Vitas, Dobbas' insurance broker who mistakenly cancelled the Allied Umbrella/Excess
27 Policy issued to Defendants James Dobbas and Pamela Dobbas and Pacific Antelope, Inc., on
28 July 27, 2006.

WHEREAS, the Parties are currently attempting to schedule several remaining fact and percipient witness depositions, including the depositions of Defendant Pamela Dobbas, Todd York, Charlie O'Dell, Jeanne Whitsett, Kelly Watson, Anne Williams, and Kevin Turner.   In addition to these and other potential fact and percipient witness depositions, the Parties have been attempting to schedule the depositions of their designated experts.

WHEREAS, on May 10, 2006, a Motion to Quash Subpoenas issued by Steadfast and American Guarantee to Kelly Watson and the Custodian of Records of the Watson Rounds law firm was filed in the United States District Court for the District of Nevada.  On July 19, 2006, at the hearing on the Motion to Quash, that court ordered Watson Rounds to produce all non-privileged documents and a privilege log within three (3) weeks from the date of the hearing. That court also ordered the parties to meet and confer regarding production of any documents identified on the privilege log and seek a motion to compel if necessary.  Accordingly, Watson Rounds' non-privileged responsive documents and privilege log are not due until August 9, 2006 – five (5) days prior to the currently scheduled discovery cut-off date.

WHEREAS, the Parties have been aggressively pursuing discovery to date and continue to do so, however, the Parties mutually agree that in order to have an opportunity to obtain and review the Watson Rounds documents, re-schedule the depositions of Kelly Watson and Anne Williams, file a motion to compel if necessary, take all the remaining depositions of fact and percipient witnesses in this case, and schedule the expert depositions after completion of the fact and percipient witness depositions as the experts will need that evidence as part of the foundation for their opinions, it is, therefore, necessary to continue the deadlines for completing discovery and dispositive motions by approximately sixty (60) days.

WHEREAS, the Parties mutually agree to keep the current Final Pretrial Conference date of January 19, 2007 and the jury trial date of March 20, 2007.

IT IS THEREFORE AGREED AND STIPULATED AS FOLLOWS.

1.    All discovery, including the depositions of expert witnesses, shall be completed on or before October 13, 2006.  In this context, "completed" means that all discovery shall have been conducted so that all depositions have been taken and any disputes relative to discovery shall

1   have been resolved by appropriate order if necessary and, where discovery has been ordered, the

2   order has been obeyed.

3        2.      All dispositive motions, except for motions for continuances, temporary

4   restraining orders or other emergency applications, shall be <u>heard</u> no later than January 8, 2007.

5

6

7   Dated: August 4, 2006                    KUTAK ROCK LLP

8

9                                            By: <u>/s/ *Paul F. Donsbach*</u> (with permission)

10                                               Paul F. Donsbach
                                                 Attorneys for Plaintiffs/Counter-Defendants
11                                               STEADFAST INSURANCE COMPANY and
                                                 AMERICAN GUARANTEE AND LIABILITY
12                                               INSURANCE COMPANY

13  Dated: August 4, 2006                    NEAL, HAUSHALTER & RAY LLP

14

15                                           By: <u>/s/ *Michael E. Neal*</u> (with permission)

16                                               Michael E. Neal
                                                 Thomas Smurro
17                                               Counsel for Defendants
                                                 JAMES DOBBAS, PAMELA DOBBAS, and
18                                               DONALD DOBBAS

19  Dated: August 4, 2006                    LAW OFFICES OF PETER CHASE NEUMANN

20

21                                           By: <u>/s/ *Peter Neumann*</u> (with permission)

22                                               Peter Neumann
                                                 Counsel for Defendants/Counter-Claimants: PETER
23                                               MANCINI, LISA MANCINI, NASYA MANCINI, a
                                                 minor by LISA MANCINI

24

25

26

27

28

Dated: August 4, 2006                    PORTER SIMON


                                    By: */s/ Peter H. Cuttitta* (with permission)
                                        Peter H. Cuttitta
                                        James E. Simon
                                        Counsel for Defendant/Counter-Claimants:
                                        FALLON TURNER and MERRICK TURNER


                                    **ORDER**

        **IT IS SO ORDERED THAT:**

        1.      All discovery, including the depositions of expert witnesses, shall be completed on

or before October 13, 2006.  In this context, "completed" means that all discovery shall have been

conducted so that all depositions have been taken and any disputes relative to discovery shall

have been resolved by appropriate order if necessary and, where discovery has been ordered, the

order has been obeyed.

        2.      All dispositive motions, except for motions for continuances, temporary

restraining orders or other emergency applications, shall be heard no later than January 12, 2007.

        3.      In light of the changes above the court HEREBY MODIFIES the remaining dates

set in this matter.  The Final Pretrial Conference, currently scheduled for January 19, 2007 is

RESET for March 16, 2007 at 1:30 p.m.  The parties shall file a joint pretrial statement no later

than seven (7) calendar days prior to the Final Pretrial Conference.

        4.      The jury trial currently scheduled for March 20, 2007 is RESET for May 22, 2007

at 9:00 a.m. All associated deadlines for the filing of pretrial documents shall be in conjunction

with the new trial date.

        5.      No further extensions by stipulation and proposed order shall be granted.  Any

future requests shall be made with a properly filed and noticed motion pursuant to Local Rule 78-

230.


Dated: August 7, 2006                    /s/ Frank C. Damrell Jr.
                                         FRANK C. DAMRELL, JR., Judge