Paul F. Donsbach #174129
Sybil L. Renick #213149
KUTAK ROCK LLP
18201 Von Karman Avenue, Suite 1100
Irvine, CA 92612-1077
Telephone:    (949) 417-0999
Facsimile:    (949) 417-5394

Patrick W. Kennison (pro hac vice)
KUTAK ROCK LLP
1650 Farnam Street
Omaha, NE 68102-2186
Telephone:    (402) 346-6000
Facsimile:    (402) 346-1148

Attorneys for Plaintiffs and Counter-Defendants
STEADFAST INSURANCE COMPANY, a Delaware corporation; and AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY, a New York corporation

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEADFAST INSURANCE COMPANY, a Delaware corporation; and AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY, a New York corporation,<br><br>Plaintiffs,<br>vs.<br><br>JAMES DOBBAS, an individual; PAMELA DOBBAS, an individual; DONALD DOBBAS, an individual; PETER MANCINI and LISA MANCINI, husband and wife; PETER MANCINI as Special Administrator of the ESTATE OF CLAUDETTE MANCINI, deceased; LISA MANCINI as the Guardian Ad Litem for NASYA MANCINI, a minor; FALLON TURNER, an individual; MERRICK TURNER, an individual,<br><br>Defendants.<br><br>AND ALL RELATED COUNTER-CLAIMS. | Case No. 2:05-CV-00632-FCD-JFM<br><br>**JOINT STIPULATION TO CONTINUE DISCOVERY DEADLINES FOR THE LIMITED ISSUE OF DISCOVERY REQUESTED BY STEADFAST INSURANCE COMPANY AND AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY FROM KELLY G. WATSON, ESQ., ANNE J. WILLIAMS, ESQ., AND THE CUSTODIAN OF RECORDS OF WATSON ROUNDS; ORDER**<br><br>Judge: Hon. Frank C. Damrell, Jr.<br>Date of Filing: March 30, 2005<br>Trial Date: March 20, 2007 |

///

///

Plaintiffs and Counter-Defendants STEADFAST INSURANCE COMPANY ("Steadfast") and AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY ("American Guarantee"), and Defendants JAMES DOBBAS, PAMELA DOBBAS, DONALD DOBBAS, (collectively "Dobbas"), Defendants and Counter-Claimants PETER MANCINI, LISA MANCINI, and NASYA MANCINI, (collectively "Mancinis"), and Defendants and Counter-Claimants FALLON TURNER, and MERRICK TURNER, (collectively "Turners"), (Plaintiffs/Counter-Defendants, Steadfast and American Guarantee and Defendants Dobbas, Defendants/Counter-Claimants Mancinis and Defendants/Counter-Claimants Turners are hereinafter referred to collectively as the "Parties"), by and through their respective counsel of record, hereby submit this Joint Stipulation to Continue Discovery Deadlines for the Limited Issue of Discovery Requested by Steadfast and American Guarantee from Kelly G. Watson, Esq., Anne J. Williams, Esq., and the Custodian of Records of Watson Rounds.

WHEREAS, on August 8, 2006, this Court entered an Order extending the deadlines for completion of discovery and dispositive motions by sixty (60) days so that all discovery must currently be completed on or before October 13, 2006 and all dispositive motions, except for motions for continuances, temporary restraining orders or other emergency applications, shall be heard no later than January 12, 2007.  This Court also continued the Final Pretrial Conference to March 16, 2007 at 1:30 p.m. and the jury trial to May 22, 2007 at 9:00 a.m.

WHEREAS, the Parties have been diligently pursuing discovery, and are scheduled to complete taking the depositions of all percipient witnesses and expert witnesses, with the exception of Kelly G. Watson, Esq. and Anne J. Williams, Esq., by the currently scheduled discovery cut-off date of October 13, 2006.

WHEREAS, on or about April 17, 2006, Steadfast and American Guarantee issued subpoenas requesting deposition testimony from the attorneys who handled the defense of Defendant James Dobbas in the underlying case (captioned *Peter Mancini, et al. v. James B. Dobbas, et al., and related Cross-claims*, United States District Court for the District of Nevada, Case No. CCV-02-0440 DWH VPC), Kelly G. Watson, Esq., and Anne J. Williams, Esq., as well as documents from the Custodian of Records of Watson Rounds.

WHEREAS, on May 10, 2006, a Motion to Quash Subpoenas issued by Steadfast and American Guarantee to Kelly G. Watson, Esq. and the Custodian of Records of Watson Rounds, was filed in the United States District Court for the District of Nevada. On July 19, 2006, at the hearing on the Motion to Quash, that court ordered Watson Rounds to produce all non-privileged documents and a privilege log within three (3) weeks from the date of the hearing. That court also ordered the parties to meet and confer regarding production of any documents identified on the privilege log and, if unable to reach an agreement, return to court to determine if such items should be produced. Accordingly, Watson Rounds' non-privileged responsive documents and privilege log were due on August 9, 2006.

WHEREAS, Steadfast and American Guarantee have reviewed the privilege log and non-privileged documents by the Custodian of Records of Watson Rounds and conclude that information contained in those documents is directly relevant and necessary to the issues in the pending case.

WHEREAS, Sybil Renick of Kutak Rock LLP, counsel for Steadfast and American Guarantee, had met and conferred with Kelly G. Watson, Esq. on or about September 21, 2006 requesting production of documents claimed to be privileged. Following such discussion, however, issues remain with respect to which documents must be produced and whether Kelly G. Watson, Esq. and Anne J. Williams, Esq. should provide deposition testimony regarding their handling of the defense of the underlying case leading up to the settlement and binding arbitration as those issues are germane to the late-notice prejudice issue in this case.

WHEREAS, Sybil Renick, on behalf of Steadfast and American Guarantee, by letter dated September 21, 2006, notified the Honorable Robert A. McQuaid, Jr. of the United States District Court for the District of Nevada that the parties have met and conferred over items identified on the privilege log, and have been unable to reach an agreement on several issues as identified above. Accordingly, Ms. Renick requested the court to schedule a further hearing on these issues, and also noted to the court the current discovery cut-off date of October 13, 2006.

WHEREAS, the United States District Court for the District of Nevada initially notified the parties that a further hearing on the issues related to discovery requested by Steadfast and

American Guarantee from Kelly G. Watson, Esq., Anne J. Williams, Esq. and the Custodian of Records of Watson Rounds, will take place on October 5, 2006 at 9:00 a.m. – eight (8) days prior to the currently scheduled discovery cut-off date.

WHEREAS, the United States District Court for the District of Nevada re-scheduled the hearing set on October 5, 2006 at 9:00 a.m. to October 16, 2006 at 1:30 p.m. – three (3) days <u>after</u> the currently scheduled discovery cut-off date – due to the fact that Kelly G. Watson, Esq. is scheduled to be on vacation during the week of October 2, 2006, while the Honorable Robert A. McQuaid, Jr. is scheduled to attend an out-of-town judicial conference during the week of October 9, 2006.

WHEREAS, it is critical that Steadfast and American Guarantee address the issues pertaining to the discovery that they are requesting from Kelly G. Watson, Esq., Anne J. Williams, Esq., and the Custodian of Record of Watson Rounds at the hearing before Honorable Robert A. McQuaid, Jr. of the United States District Court for the District of Nevada on October 16, 2006 at 1:30 p.m., as well as be given an opportunity to subsequently pursue such discovery in accordance with the ruling of that court.

IT IS THEREFORE AGREED AND STIPULATED AS FOLLOWS.

1. The discovery deadline in this case shall remain in effect, save and except that, for the sole purpose of the discovery requested by Steadfast and American Guarantee from Kelly G. Watson, Esq., Anne J. Williams, and the Custodian of Records of Watson Rounds, the deadline shall be extended by thirty (30) days so that such discovery shall be completed on or before November 13, 2006.  In this context, "completed" means that all discovery with respect to this limited issue shall have been conducted so that all depositions have been taken and any disputes relative to discovery shall have been resolved by appropriate order if necessary and, where discovery has been ordered, the order has been obeyed.

2. All other discovery deadlines shall remain the same as set forth in this Court's Order entered on August 8, 2006.

3. The current Final Pretrial Conference date of March 16, 2007 and the jury trial date of May 22, 2007 shall remain the same as set forth in the Court's order entered on August 8,

2006.

Dated: October 11, 2006       KUTAK ROCK LLP


By: */s/ Paul F. Donsbach* (with permission)
    Paul F. Donsbach
    Attorneys for Plaintiffs/Counter-Defendants
    STEADFAST INSURANCE COMPANY and
    AMERICAN GUARANTEE AND LIABILITY
    INSURANCE COMPANY

Dated: October 12, 2006       NEAL, HAUSHALTER & RAY LLP


By: */s/ Michael E. Neal* *(signed via attached facsimile page)*
    Michael E. Neal
    Thomas Smurro
    Counsel for Defendants
    JAMES DOBBAS, PAMELA DOBBAS, and
    DONALD DOBBAS

Dated: October 12, 2006       LAW OFFICES OF PETER CHASE NEUMANN


By: */s/ Michael E. Neal* *(signed via attached facsimile page)*
    Peter Neumann
    Counsel for Defendants/Counter-Claimants: PETER MANCINI, LISA MANCINI, NASYA MANCINI, a minor by LISA MANCINI

Dated: October 12, 2006       PORTER SIMON


By: */s/ Peter H. Cuttitta* (with permission)
    Peter H. Cuttitta
    James E. Simon
    Counsel for Defendant/Counter-Claimants:
    FALLON TURNER and MERRICK TURNER

# **ORDER**

IT IS SO ORDERED THAT:

1. The discovery deadline in this case shall remain in effect, save and except that, for the sole purpose of the discovery requested by Steadfast and American Guarantee from Kelly G. Watson, Esq., Anne J. Williams, and the Custodian of Records of Watson Rounds, the deadline shall be extended by thirty (30) days so that such discovery shall be completed on or before November 13, 2006. In this context, "completed" means that all discovery with respect to this limited issue shall have been conducted so that all depositions have been taken and any disputes relative to discovery shall have been resolved by appropriate order if necessary and, where discovery has been ordered, the order has been obeyed.

2. All other discovery deadlines shall remain the same as set forth in this Court's Order entered on August 8, 2006.

3. The current Final Pretrial Conference date of March 16, 2007 and the jury trial date of May 22, 2007 shall remain the same as set forth in the Court's order entered on August 8, 2006.

Dated: October 17, 2006         /s/ Frank C. Damrell Jr.
                                FRANK C. DAMRELL, JR., Judge