Paul F. Donsbach #174129
Sybil L. Renick #213149
KUTAK ROCK LLP
18201 Von Karman Avenue, Suite 1100
Irvine, CA  92612-1077
Telephone:     (949) 417-0999
Facsimile:      (949) 417-5394

Patrick W. Kennison (pro hac vice)
KUTAK ROCK LLP
1650 Farnam Street
Omaha, NE  68102-2186
Telephone:     (402) 346-6000
Facsimile:      (402) 346-1148

Attorneys for Plaintiffs and Counter-Defendants
STEADFAST INSURANCE COMPANY, a Delaware corporation; and AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY, a New York corporation

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEADFAST INSURANCE COMPANY, a Delaware corporation; and AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY, a New York corporation,<br><br>Plaintiffs,<br>vs.<br><br>JAMES DOBBAS, an individual; PAMELA DOBBAS, an individual; DONALD DOBBAS, an individual; PETER MANCINI and LISA MANCINI, husband and wife; PETER MANCINI as Special Administrator of the ESTATE OF CLAUDETTE MANCINI, deceased; LISA MANCINI as the Guardian Ad Litem for NASYA MANCINI, a minor; FALLON TURNER, an individual; MERRICK TURNER, an individual,<br><br>Defendants.<br><br>AND RELATED COUNTER-CLAIMS. | Case No. 2:05-CV-00632-FCD-JFM<br><br>**SECOND JOINT STIPULATION TO CONTINUE DISCOVERY DEADLINES FOR THE LIMITED DISCOVERY REQUESTED BY PLAINTIFFS/COUNTER-DEFENDANTS FROM KELLY G. WATSON, ESQ., ANNE J. WILLIAMS, ESQ., AND THE CUSTODIAN OF RECORDS OF WATSON ROUNDS AND TO CONTINUE DEADLINE FOR HEARING DISPOSITIVE MOTIONS; ORDER**<br><br>Judge:  Hon. Frank C. Damrell, Jr.<br>Date of Filing: March 30, 2005<br>Trial Date:  May 22, 2007<br><br>"AS MODIFIED" |

Plaintiffs and Counter-Defendants STEADFAST INSURANCE COMPANY ("Steadfast") and AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY ("American Guarantee"), and Defendants JAMES DOBBAS, PAMELA DOBBAS, and DONALD DOBBAS, (collectively "Dobbas"), Defendants and Counter-Claimants PETER MANCINI, LISA MANCINI, and NASYA MANCINI, (collectively "Mancinis"), and Defendants and Counter-Claimants FALLON TURNER, and MERRICK TURNER, (collectively "Turners"), (Plaintiffs/Counter-Defendants, Steadfast and American Guarantee and Defendants Dobbas, Defendants/Counter-Claimants Mancinis and Defendants/Counter-Claimants Turners are hereinafter referred to collectively as the "Parties"), by and through their respective counsel of record, hereby submit this Second Joint Stipulation to Continue Discovery Deadlines for the Limited Discovery Requested by Steadfast and American Guarantee from Kelly G. Watson, Esq., Anne J. Williams, Esq., and the Custodian of Records of Watson Rounds and to Continue Deadline for Hearing Dispositive Motions.

WHEREAS, on August 8, 2006, this Court entered an Order extending the deadlines for completion of discovery and dispositive motions by sixty (60) days so that all discovery was due to be completed on or before October 13, 2006 and all dispositive motions, except for motions for continuances, temporary restraining orders or other emergency applications, were due to be heard no later than January 12, 2007. This Court also continued the Final Pretrial Conference to March 16, 2007 at 1:30 p.m. and the jury trial to May 22, 2007 at 9:00 a.m.

WHEREAS, the Parties have been diligently pursuing discovery, and have completed taking the depositions of all percipient witnesses and expert witnesses, with the exception of Kelly G. Watson, Esq. ("Watson") and Anne J. Williams, Esq. ("Williams") within the prior discovery cutoff date of October 13, 2006.

WHEREAS, on October 17, 2006, this Court approved the Parties' joint stipulation to extend the discovery cutoff only with respect to the Watson and Williams discovery, to and including November 13, 2006.

WHEREAS, on or about April 17, 2006, Steadfast and American Guarantee issued subpoenas requesting deposition testimony from Watson and Williams, the attorneys who

handled the defense of Defendant James Dobbas in the underlying case (captioned *Peter Mancini, et al. v. James B. Dobbas, et al., and related Cross-claims*, United States District Court for the District of Nevada, Case No. CCV-02-0440 DWH VPC), as well as documents from the Custodian of Records of Watson Rounds (collectively referred to as "the Watson/Williams Discovery").

WHEREAS, on May 10, 2006, a Motion to Quash Subpoenas issued by Steadfast and American Guarantee to Watson and the Custodian of Records of Watson Rounds was filed in the United States District Court for the District of Nevada ("Nevada District Court").

WHEREAS, on October 16, 2006, following several months of diligent efforts by Steadfast and American Guarantee to obtain the Watson discovery and two hearings on the dispute arising from such discovery, Magistrate Judge Robert A. McQuaid of the Nevada District Court ultimately ordered Watson to produce his entire litigation file in the underlying action and to appear for deposition ("October 16, 2006 Ruling").[1]

WHEREAS, pursuant to the October 16, 2006 Ruling, Steadfast and American Guarantee noticed Watson's deposition for November 8, 2006, Williams' deposition for November 9, 2006, and also requested that Watson Rounds produce its entire litigation file in the underlying action.

WHEREAS, on October 18, 2006, Watson filed objections to the October 16, 2006 Ruling and indicated that he will not answer questions during his deposition nor make his litigation file in the underlying action available for copying or inspection until a further Order compelling such discovery has been made by the Nevada District Court after hearing his objections to the October 16, 2006 Ruling.

WHEREAS, on November 8, 2006, Watson and Williams appeared for deposition but refused to proceed with any meaningful examination until after Watson's objections to the October 16, 2006 Ruling have been ruled upon. The Custodian of Records of Watson Rounds has also refused to produce the litigation file in the underlying action. As of the date of this filing, Watson's objections have not yet been ruled upon by the Nevada District Court, nor has a hearing

---

[1] During the hearing on October 16, 2006, Magistrate Judge McQuaid ordered Williams to appear for deposition in accordance with his October 16, 2006 Ruling.

1  date been set.

2  WHEREAS, the discovery cutoff for the limited discovery requested by Steadfast and
3  American Guarantee from Watson, Williams, and the Custodian of Records of Watson Rounds
4  was November 13, 2006.  On November 9, 2006, Steadfast and American Guarantee filed with
5  this Court an *Ex Parte* Application and Motion to Continue Discovery Deadlines for the Limited
6  Discovery Requested by Steadfast and American Guarantee from Kelly G. Watson, Esq., Anne J.
7  Williams, Esq., and the Custodian of Records of Watson Rounds and to Continue the Deadline
8  for Hearing Dispositive Motions, as well as an *Ex Parte* Application and Motion to Continue
9  Trial Date (the "Pending Motions").  This Court set the hearing for the Pending Motions on
10 December 15, 2006 – three (3) days after the filing deadline for motions for summary judgment
11 of December 12, 2006 (where the motion is served by mail).

12 WHEREAS, Steadfast and American Guarantee believe that the Watson/Williams
13 Discovery will provide evidence relevant to the issues to be addressed in the Parties' respective
14 motions for summary judgment and request a further extension of the discovery cutoff limited to
15 the Watson/Williams Discovery as well as an extension of the dispositive motions deadline.

16 IT IS THEREFORE AGREED AND STIPULATED AS FOLLOWS.

17 1.  The discovery deadline in this case shall remain in effect with the exception of the
18 discovery requested by Steadfast and American Guarantee from Kelly G. Watson, Esq., Anne J.
19 Williams, and the Custodian of Records of Watson Rounds, for which the deadline shall be
20 extended by sixty (60) days so that such discovery shall be completed on or before January 12,
21 2007.  In this context, "completed" means that all discovery with respect to Watson and Williams
22 shall have been conducted so that all depositions have been taken and any disputes relative to
23 discovery shall have been resolved by appropriate order if necessary and, where discovery has
24 been ordered, the order has been obeyed.

25 2.  All dispositive motions, except for motions for continuances, temporary
26 restraining orders or other emergency applications, shall be <u>heard</u> no later than February 12, 2007.

27 3.  In the event the Court approves this Stipulation and Proposed Order, the Pending
28 Motions shall be deemed withdrawn and the current trial date of May 22, 2007 shall remain on

1  calendar.

2  4. In the event the Court denies this Stipulation and Proposed Order, the Parties request that the Court advance the hearing on the Pending Motions to 10:00 a.m. on December 1, 2006 and hear the Pending Motions at that time on an *ex parte* basis, vacating the previously-set briefing schedule for the Pending Motions.

Dated: November 27, 2006         KUTAK ROCK LLP


By: */s/ Paul F. Donsbach* (with permission)
    Paul F. Donsbach
    Attorneys for Plaintiffs/Counter-Defendants
    STEADFAST INSURANCE COMPANY and
    AMERICAN GUARANTEE AND LIABILITY
    INSURANCE COMPANY

Dated: November 22, 2006         NEAL, HAUSHALTER & RAY LLP


By: _____
    Michael E. Neal
    Thomas Smurro
    Counsel for Defendants
    JAMES DOBBAS, PAMELA DOBBAS, and
    DONALD DOBBAS

Dated: November 22, 2006         LAW OFFICES OF PETER CHASE NEUMANN


By: _____
    Peter Neumann
    Counsel for Defendants/Counter-Claimants: PETER
    MANCINI, LISA MANCINI, NASYA MANCINI, a
    minor by LISA MANCINI

Dated: November 21, 2006         PORTER SIMON


By: _____
    Peter H. Cuttitta
    James E. Simon
    Counsel for Defendant/Counter-Claimants:
    FALLON TURNER and MERRICK TURNER

**ORDER**

The court hereby adopts the stipulation as it relates to discovery and hereby ORDERS:

The discovery deadline in this case shall remain in effect with the exception of the discovery requested by Steadfast Insurance Company ("Steadfast" and American Guarantee & Liability Company ("American Guarantee") from Kelly G. Watson, Esq., Anne J. Williams, Esq. and the Custodian of Records of Watson Rounds, for which the deadline shall be extended by sixty (60) days so that such discovery shall be completed on or before **January 12, 2007.** In this context, "completed" means that all discovery with respect to Watson and Williams shall have been conducted so that all depositions have been taken and any disputes relative to discovery shall have been resolved by appropriate order if necessary and, where discovery has been ordered, the order has been obeyed.

In light of the above extension and the parties' stipulation, **the last date in which a dispositive motion can be heard**, except for motions for continuances, temporary restraining orders or other emergency applications is hereby RESET to **March 2, 2007**. The parties proposed date of February 12, 2007 is an unacceptable date due to the court's unavailability and therefore will not be adopted. All motion briefing shall be in compliance with Local Rule 78-230 and the new hearing deadline.

The two pending motions, Motion to Continue Discovery Deadlines for the Limited Discovery Requested by Steadfast and American Guarantee from Kelly G. Watson, Esq., Anne J. Williams, Esq., and the Custodian of Records of Watson Rounds and to Continue the Deadline for Hearing Dispositive Motions, as well as the Motion to Continue Trial Date, filed by Steadfast and American Guarantee, AND the opposition to the motions filed by defendants' Turner are deemed withdrawn as MOOT, and the previously-set hearing date of December 15, 2006 for such motions is hereby VACATED.

As a result of the court's modification of the schedules as noted above the current final pretrial date of March 16, 2007 and jury trial date of May 22, 2007 are VACATED and reset as follows: final pretrial conference set for May 18, 2007 at 3:30 p.m. The joint pretrial statement shall be filed no later than May 11, 2007. The parties should refer to the Court's

1  Pretrial Scheduling Order ("PTO") filed August 18, 2005, paragraph VII, as to the form and
2  content of the statement.  The jury trial set for August 7, 2007 at 9:00 a.m.  All pretrial filing
3  deadlines as discussed in the PTO shall be extended and computed from the new trial date.
4  Dated: November 28, 2006

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE