PETER H. CUTTITTA – SBN 76176
JAMES E. SIMON – SBN 62792
**PORTER · SIMON**
Professional Corporation
40200 Truckee Airport Rd., Ste. One
Truckee, CA 96161
Telephone: (530) 587-2002
Attorneys for Defendants
FALLON TURNER and MERRICK TURNER

PETER CHASE NEUMANN
Law Offices of Peter Chase Neumann
136 Ridge Street
Reno, NV 89501
Telephone: (775) 786-3750
Attorney for Defendants
PETER MANCINI, LISA MANCINI,
INDIVIDUALLY AND FOR NASYA
MANCINI, A MINOR

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEADFAST INSURANCE COMPANY, A DELAWARE CORPORATION; and AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY, A NEW YORK CORPORATION,<br><br>            Plaintiffs,<br>     vs.<br><br>JAMES DOBBAS, AN INDIVIDUAL; PAMELA DOBBAS, AN INDIVIDUAL; DONALD DOBBAS, AN INDIVIDUAL; PETER MANCINI and LISA MANCINI, Husband and Wife; PETER MANCINI as Special Administrator of the ESTATE OF CLAUDETTE MANCINI, deceased; LISA MANCINI as the Guardian Ad Litem of NASYA MANCINI, a minor, FALLON TURNER, AN INDIVIDUAL; and MERRICK TURNER, AN INDIVIDUAL,<br><br>            Defendants. | Case No.: 2:05-CV-00632 FCD-JFM<br><br>**STIPULATION AND ORDER TO CONTINUE FINAL PRE-TRIAL CONFERENCE**<br><br>JUDGE: HON. FRANK C. DAMRELL, JR.<br>TRIAL DATE: MAY 6, 2008 |

LAW OFFICE OF
PORTER · SIMON
Professional Corporation
40200 Truckee Airport Road
Truckee, CA 96161
Telephone: (530) 587-2002
Facsimile: (530) 587-1316

{00052577.DOC 1}

PAGE 1
STIPULATION AND ORDER TO CONTINUE FINAL PRE-TRIAL CONFERENCE

_____/

FALLON TURNER, AN INDIVIDUAL; and
MERRICK TURNER, AN INDIVIDUAL,

        Counter-Claimants,
   vs.

STEADFAST INSURANCE COMPANY, A
DELAWARE CORPORATION; and
AMERICAN GUARANTEE AND LIABILITY
INSURANCE COMPANY, A NEW YORK
CORPORATION,

        Counter-Defendants.

_____/

It is hereby stipulated by and between the parties to the above entitled action, by and through their counsel of record, that the Final Pre-trial Conference in this matter presently scheduled for March 17, 2008 shall be continued to March 28, 2008 at 2:00 p.m. so as to permit the parties to participate in a mediation of this matter.

Dated:  February 25, 2008                  PORTER · SIMON, P.C.

                                                  By PETER H. CUTTITTA_____
                                                     Peter H. Cuttitta
                                                     James E. Simon
                                                     Attorneys for Defendants/Counter-claimants
                                                     Fallon Turner and Merrick Turner

Dated:  February 25, 2008                  LAW OFFICES OF PETER CHASE NEUMANN

                                                     By PETER CHASE  NEUMANN (with permission)
                                                     Attorney for Defendants/Counter-Claimants
                                                     PETER MANCINI, LISA MANCINI, NASYA
                                                     MANCINI, a minor by LISA MANCINI

LAW OFFICE OF
PORTER · SIMON
Professional Corporation
40200 Truckee Airport Road
Truckee, CA 96161
Telephone: (530) 587-2002
Facsimile: (530) 587-1316

{00052577.DOC 1}

PAGE 2
STIPULATION AND ORDER TO CONTINUE FINAL PRE-TRIAL CONFERENCE

1  Dated: February 25, 2008          KUTAK ROCK LLP

2                                    By P<small>AUL</small> F. D<small>ONSBACH</small> (with permission)
3                                       Attorneys for Plaintiffs/Counter-Defendants
                                         STEADFAST INSURANCE COMPANY and
4                                        AMERICAN GUARANTEE AND LIABILITY
                                         INSURANCE COMPANY
5

6

7  Dated: February 25, 2008          NEAL, HAUSHALTER, RAY & KURKHILL

8                                    By M<small>ICHAEL</small> E. N<small>EAL</small> (with permission)
                                         Attorney for Defendants JAMES DOBBAS,
9                                        PAMELA DOBBAS AND DONALD
                                         DOBBAS
10

11                                **ORDER**

12      Good cause appearing therefore, IT IS SO ORDERED.

13

14 Dated: February 25, 2008

15

16                                    _____
                                      FRANK C. DAMRELL, JR.
17                                    UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27

28

L<small>AW</small> O<small>FFICE OF</small>
P<small>ORTER</small> · S<small>IMON</small>
Professional Corporation
40200 Truckee Airport Road
Truckee, CA 96161
Telephone: (530) 587-2002
Facsimile: (530) 587-1316

{00052577.DOC 1}

PAGE 3
STIPULATION AND ORDER TO CONTINUE FINAL PRE-TRIAL CONFERENCE