UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

STEADFAST INSURANCE CO., et al.,

       Plaintiff(s),

  v.

JAMES DOBBAS, et al.,

       Defendant(s).

_____/

AND RELATED COUNTER-CLAIMS

_____/

NO. 2:05-cv-0632 FCD/JFM

**ORDER RE: SETTLEMENT AND DISPOSITION**

----oo0oo----

Pursuant to the representations of the parties, plaintiffs' claims against defendants/counter-claimants Fallon Turner, Merrick Turner, Peter Mancini, Lisa Mancini, Peter Mancini as Special Administrator of the Estate of Claudette Mancini, and Lisa Mancini as the Guardian ad Litem of Nasya Mancini are settled. These defendants/counter-claimants' counter-claims against the plaintiffs are also settled. As to these parties the case is concluded in the above action.

/////

/////

/////

In accordance with the provisions of Local Rule 16-160, dispositional documents are to be filed on or before April 29, 2008. All dates/hearings set in this matter, to include any pending motions, as to the parties indicated above ONLY, are hereby VACATED.

**FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL AS WELL AS ANY PARTY OR PARTIES WHO CAUSE NON-COMPLIANCE WITH THIS ORDER.**

**IT IS SO ORDERED.**

Dated: March 13, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE